# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 96-3034

———————

Zeus Corporation, doing          *
business as Main Tavern;          *
Claude J. Bremer; Louann E.          *
Bremer,                              *
                                     *
        Appellants,               *
                                     *
    v.                               *
                                     *
City of Decorah, Decorah Iowa    *
City Council; Don Wurtzel,       *
Mayor of City of Decorah, Iowa; *
Dean Teslow, Member of the      *
Public Safety Committee of       *
the City Council for the City    *
of Decorah, Iowa; Vern L.        *
Olson, Member of the Public      *
Safety Committee of the City     *
Council for the City of          *   Appeal from the United States
Decorah, Iowa; Don Rude, Member *   District Court for the
of the Public Safety Committee   *   Northern District of Iowa
of the City Council for the      *
City of Decorah, Iowa; Harvey    *      [UNPUBLISHED]
Klevar, Member of the Public     *
Safety Committee of the City     *
Council for the City of Decorah,*
Iowa; Victor Fye, Member of the *
City Council for the City of     *
Decorah, Iowa; Richard Thorton, *
Member of the City Council       *
for the City of Decorah, Iowa;   *
Robert Pins, Member of the City *
Council for the City of          *
Decorah, Iowa,                      *
                                   *
        Appellees.          *

———————

Submitted: March 13, 1997

Filed: March 26, 1997

———————

Before McMILLIAN, FLOYD R. GIBSON, and HANSEN, Circuit Judges.
_____

PER CURIAM.

Zeus Corporation, Claude J. Bremer, and Louann E. Bremer (appellants) appeal from a final order, entered in the United States District Court[1] for the Northern District of Iowa, granting summary judgment in favor of the City of Decorah, et al., and dismissing this § 1983 action. <u>Zeus Corp. v. City of Decorah</u>, No. C 95-2028 (N.D. Iowa June 24, 1996). For reversal, appellants argue that the district court erred in holding that they do not have a constitutionally protected property right or interest in the renewal of their liquor license. Alternatively, appellants argue that the denial of a liquor license renewal is in fact a revocation under Iowa law and therefore invokes constitutional due process protection. Upon careful review of the arguments on appeal, and for the reasons set forth in the district court's order, we hold that appellants have failed to assert a deprivation of a constitutionally protected property interest in the present case. Accordingly, the order of the district court is affirmed. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable John A. Jarvey, Chief Magistrate Judge, United States District Court for the Northern District of Iowa.

-2-